**FILED & ENTERED**

**OCT 08 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>Dana Hollister,<br>            Debtor. | Case No.:    2:18-bk-12429-NB<br>Chapter:    11 |
| The Bird Nest, LLC, *et al.*,<br>            Plaintiffs,<br>v.<br>Dana Hollister,<br>            Defendant. | Adv. No.:    2:18-ap-01203-NB<br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS ADVERSARY PROCEEDING**<br>[No hearing required] |

On September 29, 2022, in Debtor's bankruptcy case-in-chief, this Court entered an order confirming Debtor's "Joint Chapter 11 Plan (Dated April 28, 2022")" (dkt. 1675, the "Plan"). *See* dkt. 1834 (the "Confirmation Order"). Among other things, the Confirmation Order provided that the above-captioned dischargeability action "is hereby dismissed with prejudice." Confirmation Order (dkt. 1834) at ¶ 19 (p. 13:26–27).

On October 13, 2022, Bobs, LLC ("Bobs") – who is not a party to this dischargeability action – appealed the Confirmation Order. *See* dkt. 1844. On May 1, 2023, this Court approved a stipulation in which, among other things, Bobs agreed to withdraw its appeal of the Confirmation Order. *See* dkt. 1957. On December 20, 2023,

this Court entered a Final Decree (dkt. 1999) in Debtor's bankruptcy case-in-chief, as well as an order of discharge (dkt. 2000).

In view of the finality of the Confirmation Order, no further matters are pending that require that the above-captioned adversary proceeding remain open. Therefore, the Clerk of this Court is hereby requested and directed to close this adversary proceeding forthwith.

###

Date: October 8, 2024

Neil W. Bason
United States Bankruptcy Judge